Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Jacksonville Division

Gregory F. Washington
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Moots, Corrections Officer,
Hearing, Sgt. Corrections Officer,
Carter, Major Corrections Officer, et.al,
in their individual and professional capacities,
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:20-CV-1400-J-20JBT
*(to be filled in by the Clerk's Office)*

FILED 2021 JAN 25 AM 11:33

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Gregory F Washington
- **All other names by which you have been known:**
- **ID Number:** 998455
- **Current Institution:** Apalachee Correctional Institution
- **Address:** 52 West Unit Drive
  - City: Sneads
  - State: FL
  - Zip Code: 32460

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** Moots (last name), Correctional Officer In Charge,
- **Job or Title *(if known)*:** Officer
- **Shield Number:**
- **Employer:** Department of Corrections - Hamilton C.I.
- **Address:** 10650 SW 46th Street
  - City: Jasper
  - State: FL
  - Zip Code: 32052
- ☒ Individual capacity  ☒ Official capacity

**Defendant No. 2**
- **Name:** Hearing (last name), Correctional Officer In Charge
- **Job or Title *(if known)*:** Sergent
- **Shield Number:**
- **Employer:** Department of Corrections - Hamilton C.I.
- **Address:** 10650 SW 46th Street
  - City: Jasper
  - State: FL
  - Zip Code: 32052
- ☒ Individual capacity  ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Carter (last name), Correctional Officer In Charge
Job or Title (if known): Major
Shield Number:
Employer: Department of Corrections
Address: 10650 S.W. 46th Street
City: Jasper   State: FL   Zip Code: 32052
☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City:   State:   Zip Code:
☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Federal Constitutional 4th & 8th Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

D. Major Cater
  Even Too I was phycal enable Major cater force me to get on the floor without help an told the officer moots an Sgt Hearing to beat me once I was on the floor.

Officer moots knee me in my back repeatly while Sgt Hearing help an pulled my arms over my head while in was already face down in a unnatural possion.

These inmates are both witness Leo Beryle 140883 Kimm Black B0688l

Statement Clouis

On July 17 between 10:00 AM - 11:00 AM a fight broke out in A-1 At Hamilton Annex C.I. I had nothing to due with fight I was in the bathroom the fight was in the sleeping area. At this point office enter the Darimity throug Laundry deor witch let in to the bathroom. The Major an other officer went into the day room an got the seaction under control. Then coffer the lockup the two guys fighting they returned to the bath room an order us face down. I had just had a sugery an was on my spine an was unable to proform many movements by myself at that time

inmaten Leo Berube DC# 140883 offred to help me get unto the floor but was told no by the Majer Later so I put my back aginst the shower wall an slide down to a siting posstion Then I was told to roll over face down which I did on my power at this point is when the Majer sic Sgt Hearing Officer moots on me an they beging to kneen me repeatly in my lower back an pulling my arm above my head while I was faced down

C. What date and approximate time did the events giving rise to your claim(s) occur?

On July 17, 2019; Between 10:00 am and 11:00 am - in A1 dormitory

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Just came back from my Back Major Operation; and for them doing what they did they digressed my healing process; and slowed down my outside wounds healing. Leaving me in constant excruciating severe pain. That I was not experiencing prior to this event/incident. Psychological Fear of Approaching any Correctional Officer. Fearing Retaliation.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On the date of the above event/incident, no one allowed me or took me to medical. But put a sick call(s) and went on my own. To take care of my Back, Muscles, and Nerve Damage/Injuries. Leaving me in worse shape than before. Where I cannot and could not hold my bowl movement, as of this writing.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Explained, Told, and Warned them of my situation. I did. Thus, Constituted a relevant Clear Established Right. But instead of Care, Custody, & Control; They, Knowingly, Intentionally, & Purposely, Jointly & Severally, Abused, Attacked, & Beat me, inexplicably with no basis or reason(s). My Actual Physical Injuries that I am still nursing, while in constant pain. Not knowing my future healing physical process expected. My Claim, Sufficiency, Standing, & therefore Legal Case. My ask is $750,000.00 presently. Doing this for just the money, I am not. Wanting them to stop doing what they did to me to someone else I am (to stop Usurping their Power). Cease & Desist, Abusing, Attacking, & Beating other People under their Care, needlessly. Just Stop it.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hamilton Correctional Institution
10650 S.W. 46th Street
Jasper, FL 32052

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Everything I told you. But the Grievance Process at Hamilton CI. is like a Circular File 13. Everything is Processed, Denied, and Closed, Hurriedly. It seems like, it is a Mantra in every DOC Institution. The Administration does not admonish, correct, police, or punish their officers offenders. Instead the officers Offenders are either promotted or moved to another institution.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? The Grievance Process starts with an Informal to Formal Grievances).
At; Hamilton Correctional Institution.
10650 S.W. 46th Street
Jasper, FL 32052

2. What did you claim in your grievance?
Claimed every single thing I have explained so far to you.

3. What was the result, if any?
The result, so far, is an utter Denial, with no explanations.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Tried to appeal it to Tallahassee D.O.C.

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    Already said I filed.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    Already said informed & filed.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    Appealed to the State Agency D.O.C. Tallahassee.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____Not Applicable_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N.A._____

3. Docket or index number
   _____N.A._____

4. Name of Judge assigned to your case
   _____N.A._____

5. Approximate date of filing lawsuit
   _____N.A._____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N.A._____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N.A._
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N.A._

3. Docket or index number
   _N.A._

4. Name of Judge assigned to your case
   _N.A._

5. Approximate date of filing lawsuit
   _N.A._

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition _N.A._

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N.A. Nothing is Pending but this Case at present._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-20-2021

Signature of Plaintiff: Gregory Washington
Printed Name of Plaintiff: Gregory F Washington
Prison Identification #: 998455
Prison Address: 52 West Unit Drive
Sneads, FL 32460

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code:
Telephone Number:
E-mail Address: