UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY F. WASHINGTON,

        Plaintiff,

v.                                     Case No. 3:20-cv-1400-HES-JBT

OFFICER MOOTS, et al.,

        Defendants.
_____

## ORDER TO SHOW CAUSE

Plaintiff was previously directed to file a response to Defendants' Motion for Summary Judgment (Doc. 37) by July 28, 2022. *See* Order (Doc. 43). To date, Plaintiff has failed to comply or request additional time within which to do so. Accordingly, it is

**ORDERED:**

1. By **September 12, 2022,** Plaintiff shall **SHOW CAUSE** why this case should not be dismissed for his failure to comply with the Court's Order (Doc. 43) or otherwise prosecute the case, pursuant to Rule 3.10(a), Local Rules of the United States District Court for the Middle District of Florida. If Plaintiff no longer wishes to proceed with his claims, he may file a notice of voluntary dismissal.[1]

2. Also, by **September 12, 2022**, Plaintiff shall file a response to Defendants' Motion for Summary Judgment (Doc. 37).

---

[1] In making his decision, he should consider the statute of limitations.

3. Plaintiff's failure to timely comply with this Order to Show Cause may result in the **dismissal** of this case without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of August, 2022.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

caw 8/8
c:
Gregory F. Washington, #998455
Counsel of Record